# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 7, 2014

Robert P. Young, Jr.,
Chief Justice

148748(58)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

AFT MICHIGAN, AFT, AFL-CIO, *et al*,
       Plaintiffs-Appellants,

v

SC: 148748
COA: 313960
Ct of Claims: 12-000104-MM

STATE OF MICHIGAN,
       Defendant-Appellee.
_____/

     On order of the Chief Justice, the motion of defendant-appellee to file a responsive brief to the amicus curiae brief filed by the Michigan Education Association is GRANTED. The responsive brief submitted on October 1, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 7, 2014
_____

